UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBET F. KENNEDY HUMAN RIGHTS,                :
:
                    Plaintiff,    :
:      25-CV-6541 (JMF)
    -v-                                         :
:      ORDER
:
UNITED STATES DEPARTMENT OF HOMELAND    :
SECURITY, et al.,                             :
:
                    Defendants.   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 2, 2025 Order, ECF No. 16, the parties were required to file a status letter, the contents of which are described therein, by October 2, 2025. To date, the parties have not filed such a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 8, 2025**.

      SO ORDERED.

Dated: October 3, 2025
       New York, New York
                                        _____
                                              JESSE M. FURMAN
                                       United States District Judge