

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 18, 2025

**<u>Via ECF</u>**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Robert F. Kennedy Human Rights v. United States Department of Homeland Security, et al.*, No. 25 Civ. 6541 (JMF)

Dear Judge Furman:

      This Office represents the United States Department of Homeland Security and the United States Department of Homeland Security Officer for Civil Rights and Civil Liberties (collectively, "DHS" or the "Government") in this action brought by plaintiff Robert F. Kennedy Human Rights ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This FOIA action seeks records related to DHS's Case Management Pilot Program, a federally funded initiative that, before its termination, provided nonprofits and local governments with resources to assist eligible non-citizens in removal proceedings. The Government writes to respectfully request a two-week extension to file a joint letter with a status update as ordered by the Court. *See* ECF Nos. 16, 20. Plaintiff opposes the request.

*Government's Position*

      Before the federal lapse in funding, the Government anticipated being able to provide Plaintiff and this Court with an update about its initial search, including the number of pages of potentially responsive records, a date by which it would be able to begin producing records, and a proposed rate for the production. Unfortunately, due to the disruption in workflow caused by the government shutdown and issues locating and identifying documents that were in the possession of federal employees who no longer work with DHS and who did not work exclusively with DHS computer systems, DHS is not able to provide a final estimate of potentially responsive documents. DHS is working diligently both to complete its search for the universe of potentially responsive documents and begin production of documents that it has already identified.

      Because DHS will have more information in the coming weeks, and noting the upcoming holidays, the Government respectfully requests an extension to file a joint letter to December 2, 2025. This is the first request to extend the deadline to file this joint status report.

*Plaintiff's Position*

  Plaintiff opposes this request. Plaintiff's amended administrative FOIA complaint in April 2025 included a request for expedited processing due to a compelling need for information on alternatives to detention in light of threats to the life and safety of detained people and urgency to inform the public of actual federal government activity. Since that request, at least 23 people have died in immigration detention in FY 2025, the deadliest year on record for people in immigration detention since 2004. *See* American Immigration Council, Trump Administration Deadlier for ICE Detainees than Covid-19, Oct. 17, 2025, https://perma.cc/48LP-LNEZ. Meanwhile, the government has announced plans to massively expand the population of immigration detention, already at an all-time high. Information at issue in plaintiff's FOIA request is urgently needed to inform the public and prevent further deaths.

  Given that the government's search was previously scheduled to be complete on October 2, 2025, shortly after the federal lapse in federal funding, Plaintiff believes that compliance with the Court's previously ordered deadlines is not unduly burdensome. Moreover, in light of controversy over the operational status of the Department of Homeland Security's Office for Civil Rights and Civil Liberties, a presumed custodian of many of the documents at issue in this case, Plaintiff is concerned that the records sought may be lost or destroyed without prompt attention to this matter. *See Robert F. Kennedy Human Rights et al. v. Dep't of Homeland Sec. et al.*, 1:25-cv-01270 (D.D.C. filed Apr. 24, 2025) (alleging that executive branch effort to shutter the Office for Civil Rights and Civil Liberties violated statutory mandates to oversee DHS programs for civil rights and civil liberties concerns).

  We thank the Court for its consideration.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  */s/ Rachel Kroll*
  RACHEL KROLL
  MARK OSMOND
  Assistant United States Attorneys
  86 Chambers Street, Third Floor
  New York, New York 10007
  Tel.: (212) 637-2765/2713
  E-mail: rachel.kroll@usdoj.gov
     mark.osmond@usdoj.gov
  *Attorneys for the Government*

cc: Plaintiff's counsel (via ECF)

---

In light of the disruption caused by the government shutdown, the deadline for a joint status letter, the contents of which are described in ECF No. 16, is hereby extended *nunc pro tunc* to **November 25, 2025**. The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

[signature]

November 19, 2025