UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT F. KENNEDY HUMAN RIGHTS,                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :          25-CV-6541 (JMF)
              -v-                                                   :
                                                                   :               ORDER
UNITED STATES DEPARTMENT OF HOMELAND                               :
SECURITY, et al.,                                                  :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the conference held earlier today, the Court's November 26, 2025 Order, ECF No. 25, directing Defendants to process and produce all non-exempt responsive documents remains in effect, but is modified as follows:

- **No later than two weeks from the date of this Order**, Defendants shall process and produce to Plaintiff the documents they agreed to produce by February 27, 2026; and

- **No later than April 30, 2026**, Defendants shall process and produce to Plaintiff the documents they agreed to produce by both March 31, 2026, and April 30, 2026.  All remaining deadlines otherwise remain in effect.

      Additionally, the parties shall file joint status updates beginning on **April 9, 2026**, and every month thereafter until the Court orders otherwise.

      SO ORDERED.

Dated:  March 24, 2026
      New York, New York                    _____
                                              JESSE M. FURMAN
                                              United States District Judge